UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTi INC. | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | **Civil Action No. 2:10 cv-279** |
| | § | |
| SILICON INTEGRATED SYSTEMS | § | **JURY TRIAL DEMANDED** |
| CORP. AND VIA TECHNOLOGIES, | § | |
| INC. | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

___

**PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT
AND JURY DEMAND**

___

Plaintiff OPTi Inc. ("OPTi'"), by and through its undersigned counsel, for its complaint herein against Silicon Integrated Systems Corp. ("SIS") and Via Technologies, Inc. ("VIA") (collectively, "Defendants") alleges as follows:

# I.      THE PARTIES

1.      Plaintiff OPTi is a corporation organized and existing under the laws of the State of California with its principal place of business at 3430 W. Bayshore Rd., Suite 103, Palo Alto, CA 94303.   OPTi is the owner of United States Patent No. 5,710,906 entitled "Predictive Snooping of Cache Memory for Master-Initiated Accesses" (the "'906 patent") and United States Patent No. 6,405,291 entitled "Predictive Snooping of Cache Memory for Master-Initiated Accesses" (the "'291 patent").

2.      Upon information and belief, Defendant SIS is a corporation registered to do business in the state of California, with its principal place of business at NO.180, Sec.2, Gongdaowu Rd., Hsin-Chu, Taiwan 300, Republic of China.

3.      Upon information and belief, Defendant VIA is a corporation organized and existing under the laws of the State of California with its principal place of business at 940 Mission Court, Fremont, CA  94539.  Via is registered to do business in the state of Texas.

## II.      JURISDICTION AND VENUE

4.      This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 271.

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      Venue is proper in this judicial district under 28 U.S.C. §§ 139l(b) and l400(b).

## III.      PATENT INFRINGEMENT

7.      Plaintiff realleges paragraphs 1 through 6 above as if fully set forth herein.

8.      On January 20, 1998, the United States Patent and Trademark Office ("USPTO")

duly and legally issued United States Patent No. 5,710,906 entitled "Predictive Snooping of Cache Memory for Master-Initiated Accesses" (the "'906 patent").  The '906 patent was assigned to OPTi and OPTi holds all right, title and interest in and to the '906 patent.  A copy of the '906 patent is attached hereto as Exhibit 1.

9.     On June 11, 2002, the USPTO duly and legally issued United States Patent No. 6,405,291 entitled "Predictive Snooping of Cache Memory for Master-Initiated Accesses" ("the '291 patent").  The '291 patent was assigned to OPTi and OPTi holds all right, title and interest in and to the '291 patent.  A copy of the '291 patent is attached hereto as Exhibit 2.

10.     SIS, in violation of 35 U.S.C. § 27l(a), directly infringed and is directly infringing one or more claims of the '906 and '291 patents (the "Presnoop Patents") by making, causing to be made, using, importing, selling and/or offering to sell within the United States, including in this judicial district, products that infringe and/or whose operation infringes one or more claims of the Presnoop Patents.  Such products include but are not limited to SIS's SiS964 Southbridge, which are sold for use on motherboards and in servers, workstations, and/or microcomputers.

11.     SIS, in violation of 35 U.S.C. § 27l(b), has actively and knowingly induced and is actively and knowingly inducing the direct infringement of the Presnoop Patents by third parties who are making, using, importing, selling, and/or offering for sale in this judicial district servers, workstations, microcomputers, and motherboards that that infringe and/or whose operation infringes one or more claims of the Presnoop Patents.

12.     SIS, in violation of 35 U.S.C. § 27l(c), contributorily infringes the Presnoop Patents by making, using, importing, selling, and/or offering for sale in this judicial district products that include the aforementioned core logic chipsets which constitute a material part of servers, workstations, microcomputers, and motherboards that infringe and/or whose operation

infringes one or more claims of the Presnoop Patents.

13.     Upon information and belief, SIS had and has actual notice of the Presnoop Patents, and SIS has infringed and is infringing the Presnoop Patents with knowledge of OPTi's patent rights, without a reasonable basis for believing that SIS's conduct is lawful.  SIS's acts of infringement have been and are willful and deliberate.

14.     VIA, in violation of 35 U.S.C. § 27l(a), directly infringed and is directly infringing one or more claims of the '906 and '291 patents (the "Presnoop Patents") by making, causing to be made, using, importing, selling and/or offering to sell within the United States, including in this judicial district, products that infringe and/or whose operation infringes one or more claims of the Presnoop Patents.  Such products include but are not limited to VIA's VT8237A Southbridge, which are sold for use on motherboards and in servers, workstations, and/or microcomputers.

15.     VIA, in violation of 35 U.S.C. § 27l(b), has actively and knowingly induced and is actively and knowingly inducing the direct infringement of the Presnoop Patents by third parties who are making, using, importing, selling, and/or offering for sale in this judicial district servers, workstations, microcomputers, and motherboards that that infringe and/or whose operation infringes one or more claims of the Presnoop Patents.

16.     VIA, in violation of 35 U.S.C. § 27l(c), contributorily infringes the Presnoop Patents by making, using, importing, selling, and/or offering for sale in this judicial district products that include the aforementioned core logic chipsets which constitute a material part of servers, workstations, microcomputers, and motherboards that infringe and/or whose operation infringes one or more claims of the Presnoop Patents.

17.     Upon information and belief, VIA had and has actual notice of the Presnoop

Patents, and VIA has infringed and is infringing the Presnoop Patents with knowledge of OPTi's patent rights, without a reasonable basis for believing that VIA's conduct is lawful.  VIA's acts of infringement have been and are willful and deliberate.

## IV.  PRAYER FOR RELIEF

WHEREFORE, OPTi prays for judgment against the Defendants as follows:

A.      Adjudging that the '906 and '291 patents are valid and enforceable;

B.      Adjudging that each of the defendants has infringed and is infringing the '906 and '291 patents;

C.      Adjudging that each of the defendants has induced and is inducing others to infringe the '906 and '291 patents;

D.      Adjudging that each of the defendants has contributorily infringed and is contributorily infringing the '906 and '291 patents;

E.      Adjudging that each of the defendants has willfully infringed and is willfully infringing the '906 and '291 patents;

F.      Awarding OPTi damages or other monetary relief, including prejudgment interest, for defendants' infringement.

G.      Trebling the damages awarded to OPTi, as provided by 35 U.S.C. § 284, against the defendants.

H.      Declaring this an exceptional case and awarding OPTi attorneys' fees, as provided by 35 U.S.C. § 285; and

I.      Enjoining each of the defendant's ongoing direct and contributory infringement of the '906 and '291 patents and each of the defendant's inducement of infringement of the '906 and '291 patents by others;

J.      Awarding OPTi such other and further relief as this Court may deem just

and proper.

## V.  DEMAND FOR JURY TRIAL

OPTi hereby demands that all issues be determined by jury.

**DATED:**  July 30, 2010.

Respectfully submitted,

**MCKOOL SMITH, P.C.**

_____/s/ Sam Baxter_____
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 East Houston, Suite 300
P.O. Box O
Marshall, Texas 75670
Phone: (903) 923-9000
Fax: (903) 923-9099

Michael L. Brody
Taras A. Gracey
Ethan McComb
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 558-5600

ATTORNEYS FOR PLAINTIFF OPTi Inc.

CHI:2424497.1