UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTi INC. | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:10-cv-00279-JRG |
| | § | |
| SILICON INTEGRATED SYSTEMS | § | JURY TRIAL DEMANDED |
| CORP., SILICON INTEGRATED | § | |
| SYSTEMS CORP. (TAIWAN), VIA | § | |
| TECHNOLOGIES, INC., AND VIA | § | |
| TECHNOLOGIES, INC. (TAIWAN) | § | |
| | § | |
| Defendants. | | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

This matter came before the Court on Plaintiff OPTi Inc.'s ("OPTi") and Defendants Silicon Integrated Systems Corp. and Silicon Integrated Systems Corp. (Taiwan)'s (collectively "SIS") Joint Motion to Dismiss With Prejudice. Having considered the same, it is hereby, ordered, adjudged, and decreed that all claims, counterclaims and affirmative defenses asserted herein between OPTi and SIS are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

So ORDERED and SIGNED this 16th day of October, 2012.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE