**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **OPTi INC.** § § § § § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:10-CV-279-JRG | |
| § | | |
| **SILICON INTEGRATED SYSTEMS** § | JURY TRIAL DEMANDED | |
| **CORP., SILICON INTEGRATED** § | | |
| **SYSTEMS CORP. (TAIWAN), VIA** § | | |
| **TECHNOLOGIES, INC., AND VIA** § | | |
| **TECHNOLOGIES, INC. (TAIWAN)** § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING STIPULATION OF DISMISSAL**
**OF THE '906 PATENT**

Plaintiff OPTi Inc. ("OPTi") and Defendants VIA Technologies, Inc., and VIA Technologies, Inc. (Taiwan) (collectively "VIA") have agreed to dismiss all claims and counterclaims regarding U.S. Patent No. 6,405,291 (the "'291 Patent") asserted in this action against the other.

Therefore, OPTi and VIA stipulate, subject to an Order of the Court dismissing OPTi's claims against VIA regarding the '291 Patent with prejudice:

1. OPTi's complaint against VIA with regard to the '291 Patent is dismissed with prejudice;

2. All counterclaims asserted by VIA with regard to the '291 Patent are dismissed with prejudice;

3. Each party shall bear its own attorneys' fees, expenses and costs with regard to the '291 Patent.

All other claims and counterclaims of the Parties in this action regarding U.S. Patent No. 5,710,906 are unaffected by this stipulation and remain subject to trial of this matter.

STIPULATED AND AGREED TO:

/s/ Michael L. Brody

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
*Counsel for OPTi Inc.*

/s/ Brian A. Carpenter

Brian A. Carpenter
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:  (214) 466-1270
*Counsel for VIA Technologies, Inc. and*
*VIA Technologies, Inc. (Taiwan)*

**So ORDERED and SIGNED this 14th day of January, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE