IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTi INC. | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:10-CV-279-JRG |
| v. | § § | |
| VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (TAIWAN) | § § § | |
| *Defendants.* | § § | |

## VERDICT FORM

**Question No. 1:**

Do you find that OPTi has proven, by a preponderance of the evidence, that VIA has directly infringed claim 26 of United States Patent No. 5,710,906 (the "'906 Patent")?

Answer "yes" or "no":

___YES___

**Question No. 2:**

Do you find that OPTi has proven, by a preponderance of the evidence, that VIA has induced infringement of claim 26 of the '906 Patent?

Answer "yes" or "no":

___YES___

**Question No. 3:**

Do you find that VIA has proven, by clear and convincing evidence, that claim 26 of the '906 Patent is invalid?

Answer "yes" or "no":

__NO__

*If, after answering Question Nos. 1, 2, and 3, you have found that VIA has infringed claim 26 of the '906 Patent, and that claim 26 of the '906 Patent is not invalid, then answer Question No. 4. Otherwise, do not answer Question No. 4.*

**Question No. 4:**

What sum of money, if any, if now paid in cash, would fairly and adequately compensate OPTi as damages for VIA's infringement?

Answer in dollars and cents, if any:

__$2,111,405.04__

*If, after answering Question Nos. 1, 2, and 3, you have found that VIA has infringed claim 26 of the '906 Patent, and that claim 26 of the '906 Patent is not invalid, then answer Question No. 5. Otherwise, do not answer Question No. 5.*

**Question No. 5:**

Do you find that OPTi has proven, by clear and convincing evidence, that VIA has willfully infringed Claim 26 of the '906 Patent?

Answer "yes" or "no":

Answer: __NO__

*Have the Jury Foreperson sign and date the verdict form on the last page.*

## JURY VERIFICATION

    The Foreperson is requested to sign and date this document in the space provided as the unanimous verdict of the jury.

_5/31/2013_  
DATE                                                           FOREPERSON'S SIGNATURE

Once you have signed and dated this form, please notify the Court Security Officer.