# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| OPTi INC.<br><br>Plaintiff,<br><br>v.<br><br>VIA TECHNOLOGIES, INC., AND<br>VIA TECHNOLOGIES, INC. (TAIWAN)<br><br>Defendants. | Civil Action No. 2:10-CV-279-JRG<br><br>JURY TRIAL DEMANDED |

**THE PARTIES STIPULATED EXHIBITS REGARDING OPTi'S LACHES REBUTTAL[1]**

**Prosecution of the Pre-snoop Patents (1998-2002)**

| Exhibit Number | Description | Date |
|---|---|---|
| PTX 016 | U.S. Patent No. 6,405,291 | 6/11/2002 |

**Correspondence Between OPTi and VIA (1998-2002)**

| | | |
|---|---|---|
| JTX 043 | Letter Elson to Strabala | 12/18/1998 |
| PTX 170 | Email from OPTi re Overview of Patents | 7/25/2000 |
| JTX 045 | Letter Douglas Derwin to Johnny Lee re U.S. Patent Nos. 5,710,906 and 5,813,036 | 8/11/2000 |

---

[1] Pursuant to the parties' stipulation, attached hereto as Exhibit A is a summary timeline accurately depicting the evidence presented in this pleading.

| | | |
|---|---|---|
| PTX 471 | Letter to J. Ferrell re VT82C505 datasheet | 9/22/2000 |
| PTX 472 | Email to J. Ferrell re Latest Via Timing Diagram | 12/4/2000 |
| JTX 046 | Email Daniel Siegel to John Ferrell re FW: Latest VIA Timing Diagram | 12/7/2000 |
| JTX 047 | Email Doug Derwin to Dan Siegel re FW: Timing diagram/subject to FRE 408 | 12/15/2000 |
| PTX 474 | Letter to J. Ferrell re VT82C505 datasheet | 12/18/2000 |
| PTX 475 | Email chain re Comments re Latest Via Simulation | 1/4/2001 |
| PTX 476 | Email chain re Via/OPTi Question re: VIA 530mv chipset | 1/23/2001 |
| PTX 477 | Email re OPTi v Via | 1/31/2001 |
| JTX 049 | Fax John Ferrell to Douglas Derwin re copy of email sent earlier today | 2/6/2001 |
| PTX 479 | Fax to J. Ferrell attaching Notice of Allowance and Issue Fee | 5/6/2002 |
| JTX 051 | Letter Douglas Derwin to Paul Shan re OPTi patents | 6/24/2002 |
| JT X 052 | Letter Nancy Chang to Douglas Derwin re OPTi patents | 7/8/2002 |

**National Semiconductor Litigation (2002-2003)**

| Exhibit Number | Description | Date |
|---|---|---|
| PTX 481 | Complaint for Patent Infringement in OPTi Inc. v. National Semiconductor, 5:02-cv-2106, dated April 30, 2002 | 4/30/2002 |
| PTX 126 | National Semiconductor Agreement | 6/26/2003 |

**AMD Pre-snoop Negotiation (2002)**

| | | |
|---|---|---|
| PTX 191 | OPTi Letter to AMD re Meeting of July 10 and Apologizing for Farina's lack of response to information furnished re Motorola Prior Art; attachment re MPC106 | 7/16/2002 |

| PTX 480 | Letter to B. Marren re the 10/94 IEEE Garcia and Reynolds article | 9/24/2002 |
| PTX 172 | Fax cover to Sherman Wan from AMD with emails and invoice attachments from VIA Technologies | 9/25/2002 |

### nVidia Pre-Snoop Negotiation (2002)

| JTX 053 | Letter Douglas Derwin to Jeff Herbst re OPTi patents | 9/30/2002 |
| JTX 054 | Presentation re OPTi Pre-Snoop Patents | Early 2004[2] |

### Counsel Search (2003-2004)

| | 5/31/13 Marren Testimony | |

### nVidia Litigation (2004-2009)

| PTX 482 | Complaint for Patent Infringement in OPTi Inc. v. nVidia 2:04-cv-377 dated October 19, 2004 | 10/19/2004 |
| JTX 057 | OPTi NVIDIA Settlement and License Agreement | 8/3/2006 |
| PTX 245 | Final Award in re nVidia/ Opti Arbitration | 10/16/2008 |
| DTX 365 | OPTi Inc. 10-K for the fiscal year ended March 31, 2009 | 6/26/2009 |

### VIA Product Launch Dates (2005)

| PTX 458 | VIA Product Launch Dates | 7/4/2005 |

---

[2] Exhibit has no date. Date taken from 12/11/12 Mazzoni Dep. 65:11-15.

## AMD Litigation (2006-2010)

| PTX 483 | Complaint for Patent Infringement in OPTi Inc. v. AMD 2:06-cv-477 dated November 15, 2006 | 11/15/2006 |
|---|---|---|
| PTX 488 | AMD Subpoena to Via (OPTi v VIA) | 8/20/2008 |
| JTX 058 | OPTi AMD Settlement and License Agreement | 4/30/2010 |

## LPC Litigation Settlement (2009)

| PTX 50 | VIA LPC Settlement Agreement[3] | 10/1/2009 |
|---|---|---|

## Apple Litigation (2007-2010)

| PTX 484 | Complaint for Patent Infringement in OPTi Inc. v. Apple 2:07-cv-021 dated January 16, 2007 | 1/16/2007 |
|---|---|---|
| JTX 059 | OPTi Apple Settlement and License Agreement | 12/6/2010 |

---

[3] OPTi substitutes this dated exhibit in place of PTX 334, which did not have a date on its face.

Respectfully submitted,  Respectfully submitted,

**MCKOOL SMITH, P.C.**  **BUETHER JOE & CARPENTER, LLC**

/s/   *Sam Baxter*  /s/ *Brian A. Carpenter*
Sam Baxter  Brian A. Carpenter
104 East Houston Street, Suite 300  State Bar No. 03840600
P.O. Box O  Brian.Carpenter@BJCIPLaw.com
Marshall, Texas 75670  1700 Pacific Avenue
Phone: (903) 923-9000  Suite 4750
Fax: (903) 923-9099  Dallas, TX 75201
 Telephone: (214) 466-1273
Michael L. Brody  Facsimile: (214) 635-1829
J. Ethan McComb
**WINSTON & STRAWN LLP**  *ATTORNEYS FOR DEFENDANTS VIA*
35 West Wacker Drive  *TECHNOLOGIES, INC., A CALIFORNIA*
Chicago, Illinois 60601  *CORPORATION, AND VIA*
Telephone: (312) 558-5600  *TECHNOLOGIES, INC., A TAIWAN*
mbrody@winston.com  *CORPORATION*
emccomb@winston.com

Taras A. Gracey
Robert G. Pluta
**STEPTOE & JOHNSON LLP**
115 S. LaSalle Street
Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1259
tgracey@steptoe.com
rpluta@steptoe.com

*ATTORNEYS FOR PLAINTIFF*
*OPTi INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 6th day of June, 2013. Any other counsel of record will be served by facsimile transmission and first class mail.

/s/    *Robert G. Pluta*