# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTI INC., | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:10-cv-00279-JRG |
| v. | § § § | Jury Trial Demanded |
| VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (TAIWAN), | § § § | |
| *Defendants.* | § | |

**VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (TAIWAN)
NOTICE OF INTENT TO REQUEST REDACTION**

**BUETHER JOE & CARPENTER, LLC**

Brian A. Carpenter
Christopher M. Joe
Eric W. Buether
Mark D. Perantie
Timothy J.H. Craddock

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:   (214) 466-1273
Facsimile:   (214) 635-1829

**ATTORNEYS FOR DEFENDANTS
VIA TECHNOLOGIES, INC. AND
VIA TECHNOLOGIES, INC. (TAIWAN)**

Pursuant to Local Rule CV 5.2, Defendants VIA Technologies, Inc. and VIA Technologies, Inc. (Taiwan) ("VIA") notifies the Court, the Court Reporter and the parties that it intends to request redaction of certain portions of the official transcript of the trial held May 28th – May 31st, 2013, before Judge Gilstrap which was reported by Shelly Holmes and Susan Simmons.

Motions to redact and seal portions of the trial transcript will be filed with the court within 21 days from the filing of the electronic transcript with the Clerk of Court.

Dated: June 17, 2013  Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Brian A. Carpenter*
    Brian A. Carpenter
    State Bar No. 03840600
    Brian.Carpenter@BJCIPLaw.com
    Christopher M. Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Mark D. Perantie
    State Bar No. 24053647
    Mark.Perantie@BJCIPLaw.com
    Timothy J.H. Craddock
    State Bar No. 24082868
    Tim.Craddock@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 4750
    Dallas, Texas 75201
    Telephone: (214) 466-1273
    Facsimile: (214) 635-1829

    **ATTORNEYS FOR DEFENDANTS**
    **VIA TECHNOLOGIES, INC. AND**
    **VIA TECHNOLOGIES, INC. (TAIWAN)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 17th day of June, 2013. Any other counsel of record will be served by facsimile transmission and first class mail.

>  */s/ Brian A. Carpenter*
>  Brian A. Carpenter