IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTI INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| SILICON INTEGRATED SYSTEMS § | CIVIL ACTION NO. 2:10-CV-00279 | |
| CORP., SILICON INTEGRATED § | | |
| SYSTEMS CORP. (TAIWAN), VIA § | | |
| TECHNOLOGIES, INC., AND VIA § | | |
| TECHNOLOGIES, INC. (TAIWAN), § | | |
| § | | |
| Defendants. § | | |
| § | | |

## JUDGMENT

A jury trial was held in this case beginning on May 28, 2013. The jury returned a unanimous verdict on May 31, 2013. (Dkt. No. 274.) At the conclusion of the jury trial, the Court held a non-jury trial to hear further evidence presented solely with respect to Defendants VIA Technologies, Inc. and VIA Technologies, Inc.'s (Taiwan) (collectively "VIA") defenses of laches and equitable estoppel. On August 19, 2013, the Court entered a Memorandum Opinion and Order denying such defenses. (Dkt. No. 303.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, it is **ORDERED**, **ADJUDGED** and **DECREED** and the Court **ENTERS JUDGMENT** as follows:

1. VIA has directly infringed Claim 26 of United States Patent No. 5,710,906 ("the '906 Patent").

2. VIA has induced infringement of Claim 26 of the '906 Patent.

3. Claim 26 of the '906 Patent is not invalid.

4. VIA's infringement of Claim 26 of the '906 Patent was not willful.

5. Plaintiff OPTi Inc. ("OPTi") shall have and recover from VIA the sum of Two Million, One Hundred Eleven Thousand, Nine Hundred Five Dollars, and Forty Cents ($2,111,905.40) as compensatory damages for VIA's infringement.

6. Pursuant to 35 U.S.C. § 284, the Court awards OPTi an additional Nine Hundred Seventy-Three Thousand, Nine Hundred and Twelve Dollars, and Sixty-Eight Cents ($973,912.68) in pre-judgment interest from VIA, based upon the average prime interest rate as published in the Money Rate section of the Wall Street Journal, compounded annually, adjusting the effective rate with each and every change in said prime rate from the date of the infringement, July 27, 2005, through August 29, 2013, plus an additional amount of pre-judgment interest at the per diem rate of Two Hundred and Sixty-Eight Dollars and Ninety-Nine Cents ($268.99) per day beginning on August 30, 2013 through the entry of this Judgment. Accordingly, the total damages awarded to OPTi from VIA is Three Million, Eighty-Eight Thousand, Seven Hundred and Seventy-Six Dollars, and Ninety-Seven Cents ($3,088,776.97).

7. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, OPTi is the prevailing party in this matter and is entitled to costs consistent therewith.

8. Pursuant to 28 U.S.C. § 1961, the Court awards OPTi post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid.

**So ORDERED and SIGNED this 9th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE