UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTI INC., | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:10-cv-00279-JRG |
| v. | § § | |
| | § | Jury Trial Demanded |
| VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (TAIWAN), | § § § | |
| *Defendants.* | § § | |

## VIA TECHNOLOGIES, INC. AND VIA TECHNOLOGIES, INC. (TAIWAN)'S NOTICE OF APPEAL

Notice is hereby given that VIA Technologies, Inc. and VIA Technologies, Inc. (Taiwan) (collectively, "VIA"), Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action in the United States District Court for the Eastern District of Texas on September 9, 2013 (Dkt. No. 308), and from any and all judgments, orders, opinions, and findings pertinent or ancillary to the foregoing, including all interlocutory orders that gave rise to that judgment, including, without limitation:

(1) Memorandum and Opinion Order (Court's Order Regarding Claim Construction) (Dkt. No. 150);

(2) Order (Court's Order Regarding Motions in Limine) (Dkt. No. 243);

(3) Order (Court's Order Regarding VIA's Daubert Motions and Motion for Summary Judgment) (Dkt No. 254);

(4) Jury Instructions (5/31/13, Morning Session, pp. 18- 56);

(5) Verdict Form (shown in Dkt. No. 274); and

(6) Memorandum and Opinion Order (Court's Order Regarding VIA's Laches and Equitable Estoppel Defenses) (Dkt No. 303).

Payment of the required fee of $455, representing the $450 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the filing fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is being paid contemporaneously with the filing of this Notice of Appeal to the Clerk of this Court pursuant to Fed. R. App. P. 3(e).

Dated: September 20, 2013

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Brian A. Carpenter*
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
Timothy J.H. Craddock
State Bar No. 24082868
Tim.Craddock@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1273
Facsimile: (214) 635-1829

**ATTORNEYS FOR DEFENDANTS
VIA TECHNOLOGIES, INC. AND
VIA TECHNOLOGIES, INC. (TAIWAN)**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 20th day of September, 2013. Any other counsel of record will be served by facsimile transmission and first class mail. Furthermore, in compliance with Fed. R. App. P. 3(a)(1), a sufficient number of hard copies of this notice are being mailed by first class mail to the Clerk of the Court so that all counsel of record may be served.

*/s/ Brian A. Carpenter*
Brian A. Carpenter